```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 36199
   RANDALL T STONE
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4466


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/30/2004 and was confirmed 12/01/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  29.68% from remaining funds.

     The case was paid in full 11/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
IL STATE DISBURSEMENT UN   PRIORITY        2422.49          .00         2422.49
US DEPT OF EDUCATION       UNSECURED       9678.30          .00         2872.58
EQUICREDIT                 UNSECURED      NOT FILED         .00             .00
EVERGREEN FINANCE          UNSECURED       5281.44          .00         1567.57
HOLY CROSS HOSPITAL        UNSECURED      NOT FILED         .00             .00
ENGLEWOOD CREDIT UNION     UNSECURED      NOT FILED         .00             .00
IL STATE DISBURSEMENT UN   UNSECURED      14037.59          .00         4166.45
LEGAL HELPERS PC           DEBTOR ATTY    1,600.00                      1,600.00
TOM VAUGHN                 TRUSTEE                                        802.91
DEBTOR REFUND              REFUND                                          65.00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 13,497.00

PRIORITY                                        2,422.49
SECURED                                              .00
UNSECURED                                       8,606.60
ADMINISTRATIVE                                  1,600.00
TRUSTEE COMPENSATION                              802.91
DEBTOR REFUND                                      65.00
                       ---------------      ---------------
TOTALS                  13,497.00               13,497.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 36199 RANDALL T STONE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/26/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```